UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOE THORPE, Plaintiff, | : : : |
| v. | : No. 5:21-cv-04261 |
| TOWNSHIP OF SALISBURY, PENNSYLVANIA, *et al.*, Defendants. | : : : : |

**O R D E R**

**AND NOW**, this 28th day of March, 2022, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED:**

1. Defendant Pochron's Motion to Dismiss, ECF No. 12, is **GRANTED**. All claims against Defendant Michael Pochron are **DISMISSED with prejudice** and this Defendant is **TERMINATED** as a party to this action.

2. The Motion to Dismiss filed by Defendants the Township of Salisbury, Debra Brinton, Sandy Nicolo, and Daniel Sell, ECF No. 10, is **GRANTED**. All claims against these Defendants are **DISMISSED, in part, without prejudice**.

3. **On or before April 22, 2022,** Plaintiff may file an amended complaint against the Township of Salisbury, Brinton, Nicolo, and Sell in accordance with the Opinion issued this date. If Thorpe fails to timely file an amended complaint, all claims will be dismissed with prejudice and the case will be closed.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge